UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH & WILDLIFE SERVICE,<br><br>Defendant. | Civil Action No. 25-4196 (CJN) |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendant, the United States Fish and Wildlife Service, moves for an extension of time, until February 4, 2026, to file its answer in this action arising under the Freedom of Information Act ("FOIA), 5 U.S.C. § 552. Defendant's answer is currently due on January 5, 2025, and this is Defendant's first request for an extension. Pursuant to Local Civil Rule 7(m), on December 29, 2025, counsel for Plaintiff informed the undersigned via email that they take no position on this motion.

Good cause exists to grant this motion. The undersigned joined the U.S. Attorney's Office on December 1, 2025, and requires an extension of time to become familiar with the relevant law in this jurisdiction. Upon joining the U.S. Attorney's Office, the undersigned also inherited a substantial docket of matters which have competing deadlines following the recent resumption of appropriations. The requested extension will afford the undersigned the opportunity to manage those competing obligations while also reviewing the allegations in the complaint, conferring with client agencies, determining an appropriate response, and completing the Department of Justice's required internal review. The requested extension also reflects the impact of the holiday period and associated leave schedules.

1

For these reasons, the Court should grant this motion and extend Defendants' deadline for

filing an answer to February 4, 2026. A proposed order is attached.


Dated:  December 29, 2025                          Respectfully submitted,

                                                   JEANINE FERRIS PIRRO
                                                   United States Attorney

                                            By:    /s/ Benjamin H. Zieman
                                                   Benjamin H. Zieman
                                                   Assistant United States Attorney
                                                   601 D Street N.W.
                                                   Washington, D.C. 20530
                                                   202-252-2540

                                                   *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

U.S. FISH & WILDLIFE SERVICE,

Defendant.

Civil Action No. 25-4196 (CJN)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for extension of time and the entire

record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall file its answer on or before February 4, 2026.

SO ORDERED:

_____           _____
Date                                        CARL J. NICHOLS
                                               United States District Judge